UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-10149-JAK-Ex | Date | November 16, 2026 |
| Title | Estate of Peggy Quijada v. Beiersdorf, Inc. et al | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| M. Lindaya | CourtSmart |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Armin Abazari (Zoom) | Parsa Yazdi<br>Rachel Lowe |

**Proceedings:** **DEFENDANTS' MOTION TO DISMISS (DKT. NOS. 19, 21)**
**MOTION TO REMAND CASE (DKT. 26)**

The motion hearing is held. Plaintiff's counsel appears via Zoom and is reminded that recording or re-broadcasting of the proceedings is strictly prohibited. The Court states its tentative views that it is inclined to **GRANT** Defendants' Motions to Dismiss (Dkt. 19, 21), and **DENY** Plaintiff's Motion to Remand (Dkt. 26). Counsel address the Court. The Court takes the motions under submission, and rulings on each will be issued.

The parties shall meet and confer about the following issues: 1) whether Plaintiff will pursue claims against Defendant Beiersdorf AG in light of the personal jurisdiction issues raised as well as the representations as to the financial condition of Beiersdorf, Inc.; 2) the parties' respective positions as to any appropriate jurisdictional discovery the Plaintiff would request concerning Defendant Beiersdorf AG; and 3) the evidence the Plaintiff will be proffering concerning the standing of the named Plaintiff to pursue this action on behalf of the Estate. On or before November 23, 2026, the parties shall file a joint report regarding these three matters.

**IT IS SO ORDERED.**

: 37

Initials of Preparer mal